| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| | § | |
| v. | § | NO. 1:17-CR-131-MAC |
| | § | |
| EULALIO MOJICA | § | |
| | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Zack Hawthorn recommended:

1.      that the court find that the Defendant violated the first allegation in the petition that he failed to follow a mandatory condition of release;

2.      revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3.      the Defendant should be sentenced to a term of 12 months' imprisonment and one day, which shall include 180 days' unserved community confinement (converted to an equivalent term of imprisonment), with one year of  supervised release to follow to be served at the Federal Correctional Institute in Victorville, CA, to facilitate family visitation if the Bureau of Prisons can accommodate such request.  The court adopts the magistrate judge's findings for the imposition of the special conditions of supervised release.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended.  The Defendant also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Eulalio Mojica's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 1st day of June, 2020.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

2